# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge If Other than Assigned Judge | Ian H. Levin |
|---|---|---|---|
| **CASE NUMBER** | 99 C 808 | **DATE** | 12/23/2003 |
| **CASE TITLE** | | USA vs. Latannya Banks | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

United States' Motion for entry of order of garnishment

**DOCKET ENTRY:**

(1) ■ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter report and recommendation recommending that the motion of the United States for entry of order of garnishment be granted is hereby submitted to Judge Gottschall. This case having been assigned pursuant to 28 U.S.C. § 3008 (Federal Debt Collection Procedures Act). It is hereby recommended that garnishee, Cook County Comptroller, pay to the United States, a sum equal to 25% of the defendant's disposable earnings since the date the original writ was served., and further that garnishee continue payments of 25 % of the defendant's disposable earnings each pay period until the debt is paid in full, or until garnishee no longer has custody, possession or control of any wages or income belonging to defendant, or until further order of this court.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | DEC 29 2003 | |
| | Notified counsel by telephone. | | date docketed | 13 |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| ✓ | Copy to judge/magistrate judge. | | | |
| SM | courtroom deputy's initials | Date/time received in central Clerk's Office | date mailed notice mailing deputy initials | |

# ORDER

Any objections to this Report and Recommendation must be filed with the Clerk of the Court within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appear the Magistrate Judge's Report and Recommendation. See FED. R. CIV. P. 72 (B); 28 U.S.C. 636(B)(1)(B); LORENTZEN v. ANDERSON PEST/CONTROL., 64 F.3D 327, 329 (7th CIR. 1995); THE PROVIDENT BANK v. MANOR STEEL CORP., 882 F.2D 258 (7TH cir. 1989).